# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1990

_____

Brian Frank Guerry

*Plaintiff - Appellant*

v.

Scott Frakes, in his individual capacity; Brian Gage, Warden

*Defendants - Appellees*

Keith Broadfoot, Unit Manager; R. Holly, Case Manager

*Defendants*

Guiffre, Case Worker; Thompson, Case Worker

*Defendants - Appellees*

Nebraska Department of Corrections Agency

*Defendant*

------------------------------

Brian Frank Guerry

*Plaintiff - Appellant*

v.

Scott Frakes, in his individual capacity; Frank Hopkins, in his individual capacity;
Brian Gage, in his individual capacity; Michelle Capps, in her individual capacity;

Busboom, in his individual capacity; Christopher Connelly, in his individual capacity; Crystal Rempel, in her individual capacity; Jacob Bents, in his individual capacity; Andrew King, in his individual capacity; Austin Gocke, in his individual capacity; Shaw Sherman, in his individual capacity; Christopher Ulrick, in his individual capacity; Keith Broadfoot, in his individual capacity; R. Holly, in his individual capacity; Chelsea Guiffre, in her individual capacity; Daniel Thompson, in his individual capacity; Flinn, in her individual capacity

*Defendants - Appellees*

John Doe(s)

*Defendant*

Paul Tompkins, in his individual capacity; Lucas Roede, in his individual capacity; Sonny Steele, in his individual capacity; Adam B. Cropp, in his individual capacity; Sarah E. Glass, in her individual capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: January 11, 2019
Filed: January 23, 2019
[Unpublished]

_____

Before BENTON, BOWMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

-2-

Nebraska inmate Brian Frank Guerry appeals from the order of the District Court[1] granting summary judgment to defendants in his 42 U.S.C. § 1983 action. We agree with the court's thorough and well-reasoned analysis rejecting Guerry's Eighth Amendment claims. See Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review). Guerry also challenges other court rulings, but his arguments provide no basis for reversal. We affirm the judgment of the District Court.

_____

[1] The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.